In the Matter of LINWOOD J. PUTNAM et al., Respondents, against JAMES MARSHALL et al., Constituting the Board of Education of the City of New York, Appellants.

Submitted May 26, 1941; decided May 29, 1941.

*William F. Cassin* for motion.

*William C. Chanler, Corporation Counsel (Edward J. McGratty, Jr.,* of counsel), opposed.

Motion denied.